**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:21-cv-21547 JLK**

ELLEN BUKSTEL-SEGAL, individually, ELLEN BUKSTEL-SEGAL, as Sole surviving Trustee of Trust Agreement dated April 21, 1987, for benefit of Brett Matthew Segal, Todd Justin Segal and Margo Lindsey Segal; and ELYSE SEGAL, as Sole Surviving Trustee of the Trust Agreement dated April 21, 1987, for the benefit of Amy Michelle Segal and Matthew Derek Segal,

       *Plaintiffs*,

vs.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY.

       *Defendant*.

_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jerel Dawson, of the law firm of SHUTTS & BOWEN LLP, herewith enters his appearance as counsel for Defendant, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, ("Lincoln"), in the above-styled cause of action and requests that all future correspondence, notices, filings and pleadings be served upon the undersigned.

       Respectfully submitted,

       **SHUTTS & BOWEN LLP**
       *Attorneys for Defendant Lincoln*
       200 South Biscayne Boulevard
       Suite 4100
       Miami, Florida 33131
       Tel:  (305) 358-6300
       Fax:  (305) 381-9982

By: */s/ Jerel Dawson*
John E. Meagher
Florida Bar No. 511099
*jmeagher@shutts.com*
Jerel Dawson
Florida Bar No. 152390
*jdawson@shutts.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7th, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jerel Dawson*
Jerel Dawson

## SERVICE LIST

***Ellen Bukstel-Segal, et al. v. The Lincoln National Life Insurance Company***
**United States District Court, Southern District of Florida**
**Case No.: 1:21-cv-21547 JLK**

Robert E. Shack, Esq.
Law Office of Robert E. Schack, P.A.
Town Center One
8950 SW 74th Ct.
Suite 1711
Miami, FL 33156
*reslegal@hotmail.com*
Attorneys for Plaintiff

*/s/ Jerel Dawson*
Of Counsel

MIADOCS 22570987