UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-21547 JLK

ELLEN BUKSTEL- SEGAL, individually, ELLEN BUKSTEL- SEGAL, as Sole surviving Trustee of Trust Agreement dated April 21, 1987, for benefit of Brett Matthew Segal, Todd Justin Segal and Margo Lindsey Segal; and ELYSE SEGAL, as Sole Surviving Trustee of the Trust Agreement dated April 21, 1987, for the benefit of Amy Michelle Segal and Matthew Derek Segal,

    Plaintiffs,

vs.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ELLEN BUKSTEL- SEGAL, individually, ELLEN BUKSTEL- SEGAL, as Sole surviving Trustee of Trust Agreement dated April 21, 1987, for benefit of Brett Matthew Segal, Todd Justin Segal and Margo Lindsey Segal; and ELYSE SEGAL, as Sole Surviving Trustee of the Trust Agreement dated April 21, 1987, for the benefit of Amy Michelle Segal and Matthew Derek Segal and Defendant, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY hereby stipulate and agree that this action has been amicably settled, and shall be DISMISSED with PREJUDICE in its entirety, with each party to bear its own attorneys' fees and costs.

Dated: May 31, 2022.

| | |
|---|---|
| **LAW OFFICE OF ROBERT E. SCHACK P.A.** <br> Attorneys for Plaintiff <br> 8950 SW 74th Court, Suite 1711 <br> Miami, FL 33156 <br> Phone: (305) 670-4141 <br> Fax: (305) 670-1410 <br><br> */s/ Robert E. Schack* <br> Robert E. Schack <br> Florida Bar No: 202290 <br> Email: reslegal@hotmail.com | **SHUTTS & BOWEN LLP** <br> Attorneys for Defendant <br> 200 S. Biscayne Blvd., Suite 4100 <br> Miami, FL 33131 <br> Phone: (305) 358-6300 <br> Fax: (305) 381-9982 <br><br> */s/ John E. Meagher* <br> John E. Meagher <br> Florida Bar No. 511099 <br> Email: jmeagher@shutts.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2022, I filed the foregoing document with the Clerk of Court.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via US Mail, an authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                                               */s/ John E. Meagher* <br>
                                                                                                John E. Meagher

## SERVICE LIST

*Ellen Bukstel-Segal, et al. v. The Lincoln National Life Insurance Company*
**United States District Court, Southern District of Florida**
**Case No.: 1:21-cv-21547 JLK**

Robert E. Shack, Esq.
Law Office of Robert E. Schack, P.A.
Town Center One – Suite 1711
8950 SW 74th Ct.
Miami, FL 33156
reslegal@hotmail.com
Attorneys for Plaintiff

                                        */s/ John E. Meagher*
                                        Of Counsel