UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-21547-CIV-KING

ELLEN BUKSTEL-SEGAL,
*individually,*
ELLEN BUKSTEL-SEGAL,
*as Sole Surviving Trustee of Trust Agreement dated 4/21/1987, for benefit of Brett Matthew Segal, todd Justin Segal, and Margo Lindsey Segal*,
ELYSE SEGAL, *as Sole surviving Trustee of Trust Agreement dated 4/21/2987, for benefit of Amy Michelle Ssegal and Matthew Derek Segal*,

    Plaintiffs,

vs.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## **FINAL ORDER OF DISMISSAl WITH PREJUDICE**

THIS MATTER is before the Court on Joint Stipulation of Dismissal With Prejudice (D.E. #21) filed May 31, 2022 in the above-styled case. Accordingly, after a careful review of the record and pursuant to Rule 41(a)(1)(A)(ii) of the Fed. R. Civ. P., it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby DISMISSED.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     All Pretrial Deadlines, Pretrial Conference, and Trial dates are hereby

      canceled.

4.     The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 1st day of June, 2022.

                                            JAMES LAWRENCE KING
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record